# REGISTER OF ACTIONS
## CASE NO. D-202-CV-2017-01533

| | | | |
|---|---|---|---|
| **Mike S Ochieno v. Sandia National Laboratories** | § § § § § § § | Case Type: | **Civil Administrative Appeal - Plaintiff Appellant** |
| | | Date Filed: | **03/01/2017** |
| | | Location: | |
| | | Judicial Officer: | **Barela-Shepherd, Denise** |

---

### PARTY INFORMATION

|  |  | Attorneys |
|---|---|---|
| **Defendant Appellee** | Sandia National Laboratories | |
| | | |
| **Plaintiff Appellant** | Ochieno, Mike S<br>P.O, Box 25797<br>St Paul, MN 55125 | **Pro Se** ~~Erika Anderson~~<br>~~Retained~~<br>~~505-944-9039(W)~~ |

---

### EVENTS & ORDERS OF THE COURT

**OTHER EVENTS AND HEARINGS**

| | | |
|---|---|---|
| 03/01/2017 | **Cause Of Actions**<br>Action Type | Breach of Contract<br>Action |
| 03/01/2017 | **Cause Of Actions**<br>Action Type | Other Damages<br>Action |
| 03/01/2017 | **OPN: COMPLAINT** | |
| 03/01/2017 | **ARB: CERT IS SUBJECT** | |
| 05/01/2017 | **MTN: TO WITHDRAW**<br>  *Motion to Withdraw as Counsel* | |
| 05/17/2017 | **NTC: OF HEARING** | |
| 06/06/2017 | **MTN: TO APPEAR TELEPHONICALLY** | |
| 06/13/2017 | **ORD: TO APPEAR TELEPHONICALLY** | |
| 06/23/2017 | **MTN: TO APPEAR TELEPHONICALLY**<br>  *Unopposed Motion Requesting Plaintiff Mike Ochieno to Appear Telephonically at 6/27/17 Hearing* | |
| 06/26/2017 | **ORD: TO APPEAR TELEPHONICALLY**<br>  *FOR MIKE OCHIENO AT SCHEDULED HEARING JUNE 27, 2017* | |
| 06/27/2017 | **MOTION HEARING**  (9:50 AM) (Judicial Officer Barela-Shepherd, Denise)<br>  *Motion to withdraw as counsel, 10 minutes (JR) ATTY ANDERSON & PLF TELEPHONIC*<br>Result: Held | |
| 07/18/2017 | **ORD: WITHDRAWAL/ SUBSTITUTION OF COUNSEL** | |
| 09/07/2017 | **RETURN OF SERVICE** | |

---

### FINANCIAL INFORMATION

|  |  |
|---|---|
| **Plaintiff Appellant** Ochieno, Mike S | |
| Total Financial Assessment | 132.00 |
| Total Payments and Credits | 132.00 |
| **Balance Due as of 02/28/2018** | **0.00** |

| | | | | |
|---|---|---|---|---|
| 03/03/2017 | Transaction Assessment | | | 132.00 |
| 03/03/2017 | File & Serve Payment | Receipt # ALBD-2017-6077 | Ochieno, Mike S | (132.00) |

**EXHIBIT A**



# Notice of Service of Process

null / ALL
**Transmittal Number: 17729388**
Date Processed: 02/06/2018

| | |
|---|---|
| **Primary Contact:** | Meg Johnson-Law Dept- Ab-2<br>Honeywell International Inc.<br>115 Tabor Road<br>Morris Plains, NJ 07950 |

| | |
|---|---|
| **Entity:** | Sandia National Laboratories<br>Entity ID Number  1954886 |
| **Entity Served:** | Sandia National Laboratories |
| **Title of Action:** | Mike S. Ochieno vs. Sandia National Laboratories |
| **Document(s) Type:** | Summons/Complaint |
| **Nature of Action:** | Discrimination |
| **Court/Agency:** | Bernalillo County  District Court, New Mexico |
| **Case/Reference No:** | D-202-CV-2017-01533 |
| **Jurisdiction Served:** | New Mexico |
| **Date Served on CSC:** | 02/05/2018 |
| **Answer or Appearance Due:** | 30 Days |
| **Originally Served On:** | CSC |
| **How Served:** | Certified Mail |
| **Sender Information:** | Erika E. Anderson<br>505-944-9039 |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

**To avoid potential delay, please do not send your response to CSC**
251 Little Falls Drive, Wilmington, Delaware 19808-1674  (888) 690-2882  |  sop@cscglobal.com

STATE OF NEW MEXICO
COUNTY OF BERNALLLO
SECOND JUDICIAL DISTRICT

Case No. D-202-CV-2017-01533
Judge Barela Shepherd, Denise

MIKE S. OCHIENO

      Plaintiffs.

vs.

SANDIA NATIONAL LABORATORIES

      Defendant

Agent Name: Corporation Service Company, 123 E. Marcie Street, Suite 101, Santa Fe, NM 87501

**SUMMONS**

**TO THE ABOVE NAMED DEFENDANT(S):** Take notice that

1. A lawsuit has been filed against you. A copy of the lawsuit is attached. The Court issued this Summons.
2. You must respond to this lawsuit in writing. You must file your written response with the Court no later than thirty (30) days from the date you are served with this Summons. (The date you are considered served with the Summons is determined by Rule 1-004 NMRA) The Court's address is listed above.
3. You must file (in person or by mail) your written response with the Court. When you file your response, you must give or mail a copy to the person who signed the lawsuit.
4. If you do not respond in writing, the Court may enter judgment against you as requested in the lawsuit.
5. You are entitled to a jury trial in most types of lawsuits. To ask for a jury trial, you must request one in writing and pay a jury fee.
6. If you need an interpreter, you must ask for one in writing.
7. You may wish to consult a lawyer. You may contact the State Bar of New Mexico for help finding a lawyer at www.nmbar.org; 1-800-876-6227; or 1-505-797-6066.

Dated at Albuquerque, New Mexico, this JAN 2 3 2018 day of _____, 20__.

JAMES A. NOEL
CLERK OF COURT

By: _____
Deputy

Pro se
Mike S. Ochieno
P.O. Box 25797
Woodbury, MN 55125
Mobile: (651)270-9797
Email: mochieno04@yahoo.com

FILED IN MY OFFICE
DISTRICT COURT CLERK
3/1/2017 2:44:27 PM
James A. Noe
Catherine Chavez

IN THE SECOND JUDICIAL DISTRICT COURT
COUNTY OF BERNALILLO
STATE OF NEW MEXICO

MIKE S. OCHIENO,

    Plaintiff,

v.              No.   D-202-CV-2017-01533

SANDIA NATIONAL LABORATORIES,

    Defendant.

**NOTICE OF APPEAL AND COMPLAINT FOR DISCRIMINATION,
BREACH OF IMPLIED CONTRACT, INTENTIONAL INTERFERENCE
WITH CONTRACTUAL RELATIONS AND WRONGFUL TERMINATION**

Plaintiff Mike S. Ochieno, for his Complaint, states as follows:

1. Mike S. Ochieno ("Plaintiff" or "Ochieno") is a resident of the State of New Mexico and was at all relevant times employed by Sandia National Laboratories. He is African-American.

2. Upon information and belief, Sandia National Laboratories ("Sandia") is managed and operated by the Sandia Corporation and is located in Albuquerque, New Mexico.

3. Ochieno was employed by Sandia since September 15, 2015 as a Principal Lean Six Sigma Black at the Principal job level.

4. Ochieno was qualified for his position.

5. Ochieno performed the duties of his position well.

6. Ochieno's managers engaged in unauthorized access to his computer, deletion of his work files and removing him from work projects. Such conduct was discriminatory and based upon Ochieno's race.

## COUNT I

## BREACH OF IMPLIED CONTRACT

7. Plaintiff incorporates each preceding paragraph.

8. Sandia published and distributed to employees a personnel manual that set out specific standards that would apply to disciplinary matters and provided for progressive discipline.

9. Specifically, Sandia's personnel manual provided that it would provide progressive discipline to any employee before termination and that termination would be only for good cause.

10. Sandia established a pattern over many years of providing progressive discipline to all employees.

11. Sandia managers stated on numerous occasions that all employees were entitled to progressive discipline and would not be terminated, except for good cause.

12. Sandia's actions gave rise to an implied contract that termination would be preceded by progressive discipline and for good cause.

13. Ochieno reasonably expected and believed his employment, discipline and termination would be in accordance with the personnel manual and past practices regarding progressive discipline.

14. Sandia, however, only documented problems with Ochieno after he confronted his managers about his project being stalled.

15. Sandia failed to follow its policies in violation of the implied contract created by the personnel manual, past practices and the statements of its managers.

16. Ochieno was damaged by the failure of Sandia to follow its own policies.

2

## COUNT II

## RACE DISCRIMINATION

17. Plaintiff incorporates each preceding paragraph.

18. Plaintiff filed a charge of discrimination with the Equal Employment Opportunity Commission (EEOC).

19. Plaintiff received a right to sue letter from the EEOC and the New Mexico Human Rights Bureau.

20. Plaintiff has exhausted his administrative remedies.

21. This is an appeal pursuant to NMSA §28-1-13.

22. Sandia intentionally discriminated against Plaintiff based on his race, which is prohibited by NMSA §28-1-7.

23. Plaintiff was qualified for his position and performed his position well.

24. Plaintiff was subjected to discrimination, which resulted in his eventual termination because he is African-American.

25. Plaintiff was the only African-American in his department.

26. The termination caused damage to Plaintiff including future and past lost wages and benefits, lost retirement benefits, lost future earning capacity, emotional distress and other damages to be proved at trial.

## COUNT III

## INTENTIONAL INTERFERENCE WITH CONTRACTUAL RELATIONS

27. Plaintiff incorporates each preceding paragraph.

28. Defendant knew that Plaintiff had a contract of employment with Sandia.

3

29. According to the policies at Sandia, Ochieno had a duty to report complaints he had.

30. Defendant did not have the authority to target employees who made complaints.

31. Targeting employees who criticized their supervisors was against the policies at Sandia.

32. Defendant breached its contract of employment with Plaintiff.

33. Plaintiff was damaged by Defendant's unlawful actions.

WHEREFORE, Plaintiff requests judgment in his favor for damages in an amount to be proved, attorney fees and costs and such other relief the Court deems just.

Respectfully submitted,

THE LAW OFFICES OF ERIKA E. ANDERSON

By /s/ Erika E. Anderson
Erika E. Anderson
2025 Rio Grande Blvd. NW
Albuquerque, NM 87104
(505) 944-9039
(505) 243-3534 Fax
erika@eandersonlaw.com
*Attorney for Plaintiff*

FILED IN MY OFFICE
DISTRICT COURT CLERK
3/1/2017 2:44:27 PM
James A. Noe
Catherine Chavez

IN THE SECOND JUDICIAL DISTRICT COURT
COUNTY OF BERNALILLO
STATE OF NEW MEXICO

MIKE S. OCHIENO,

       Plaintiff,

v.                                No. D-202-CV-2017-01533

SANDIA NATIONAL LABORATORIES,

       Defendant.

## COURT-ANNEXED ARBITRATION CERTIFICATION

Plaintiff Mike S. Ochieno, by and through his undersigned counsel, pursuant to Second Judicial District Local Rules, LR2-603, certifies that Plaintiff seeks only a money judgment and the amount sought does not exceed Twenty-five Thousand Dollars ($25,000.00), exclusive of punitive damages, interest, costs and attorney's fees.

                              Respectfully submitted,

                              THE LAW OFFICES OF ERIKA E. ANDERSON

                              By */s/ Erika E. Anderson*
                                  Erika E. Anderson
                                  2025 Rio Grande Blvd. NW
                                  Albuquerque, NM 87104
                                  (505) 944-9039
                                  (505) 243-3534 Fax
                                  erika@eandersonlaw.com
                                  *Attorney for Plaintiff*

Mike Ochieno
P.O. Box 25797
Woodbury, MN
55125




7016 3010 0000 6381 9913

Corporation Service Company
123 E. Marcie Street
Suite 101,
Santa Fe, NM 87501

87501$2034 C002