IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

MIKE S. OCHIENO,

    Plaintiff,

vs.                                             Civ. No. 18-197 KG/KRS

SANDIA NATIONAL LABORATORIES,

    Defendant.

## FINAL ORDER OF DISMISSAL

Having granted Defendant's Motion to Dismiss (Doc. 4) by entering a Memorandum Opinion and Order contemporaneously with this Final Order of Dismissal,

IT IS ORDERED that this lawsuit is dismissed with prejudice.

_____
UNITED STATES DISTRICT JUDGE